IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. 04-cr-482-JLK

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**WESLEY CEPLECHA,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        A Hearing on Revocation of Supervised Release is set for **September 28, 2010 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: August 26, 2010