IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Action No. 04-cr-00482-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **WESLEY DEAN CEPLECHA;**
2.  **DAVID GLENN CARLSON; and,**
3.  **JOHN LEE MCMILLEN,**

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court upon review of the case file and Senior Judge John L. Kane's August 28, 2009, Order [ECF No. 163] reassigning all matters relating to defendant, John McMillen, to me.

Judge Kane's Order [ECF No. 163] specifically states that "any matters concerning defendant John McMillen under [this] case number, are hereby transferred to the docket of Chief Judge Wiley Y. Daniel."  It has come to my attention that matters relating to defendants, Wesley Dean Ceplecha and David Glenn Carlson, were inadvertently transferred to me pursuant to Judge Kane's Order [ECF No. 163]. Because Judge Kane's Order [ECF No. 163] only references defendant, John McMillen, and to correct the record, it is

ORDERED that any and all matters under this case number relating to defendants, Wesley Dean Ceplecha and David Glenn Carlson, are **TRANSFERRED** to

- 2 -

Judge Kane.

Dated: October 2, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge

- 2 -